Case 2:15-cv-00348-SPC-CM Document 17 Filed 08/07/15 Page 1 of 2 PageID 71

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER JOHNSON,

    Plaintiff,

v.                                               Case No: 2:15-cv-348-FtM-99CM

LQ MANAGEMENT, L.L.C.,

    Defendant.
_____/

### **ORDER**[1]

    This matter comes before the Court on Plaintiff Alexander Johnson and Defendant LQ Management LLC's Joint Stipulation of Full and Final Dismissal With Prejudice (Doc. #16) filed on August 5, 2015. The parties stipulate to dismissing the above-captioned case voluntarily under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which allows a plaintiff to dismiss an action without court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Both parties have signed the Stipulation, and each side will bear its own attorneys' fees, expert fees, litigation expenses, and costs. (Doc. #16). The Court, therefore, dismisses the case with prejudice.

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff Alexander Johnson and Defendant LQ Management LLC's Joint Stipulation of Full and Final Dismissal With Prejudice ([Doc. #16](Doc. #16)) is **GRANTED**.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record